# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANTHONY WILLIAMS, | ) |
| Petitioner, | ) ) ) |
| vs. | ) CIVIL NO. 08-cv-589-GPM |
| WARDEN SHERROD, | ) ) ) |
| Respondent. | ) |

# ORDER OF DISMISSAL

**MURPHY, District Judge:**

On October 14, 2008, Petitioner moved this Court for voluntary dismissal of the action pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure (Doc. 4). Voluntary withdrawal of his complaint is his right, and, accordingly, this action is **DISMISSED WITHOUT PREJUDICE**. The Clerk shall **CLOSE THIS CASE**.

**IT IS SO ORDERED.**

DATED: 10/20/08

s/ *G. Patrick Murphy*
G. Patrick Murphy
United States District Judge